UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| Leroy R Huls,<br><br>    Petitioner,<br><br>  v.<br><br>State of Washington,<br><br>    Respondent. | CASE NO. 3:19-cv-05420-RBL-DWC<br><br>ORDER |

Petitioner Leroy R. Huls, who is proceeding *pro se*, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. Dkt. 15. Before the Court is Petitioner's Motion to Substitute Respondent (the "Motion"). Dkt. 16.

Petitioner seeks to substitute the State of Washington for Jeffrey Uttecht as the named respondent. *See id.* The proper respondent to a habeas petition is the "person who has custody over [the petitioner]." 28 U.S.C. § 2242; see also § 2243; *Brittingham v. United States*, 982 F.2d 378 (9th Cir. 1992); *Dunne v. Henman*, 875 F.2d 244, 249 (9th Cir. 1989). Petitioner is currently confined at Coyote Ridge Corrections Center ("CRCC"). *See* Dkts. 15, 16. The Superintendent of CRCC is Jeffrey Uttecht.

1     Accordingly, Petitioner's Motion is granted (Dkt. 16) and the Clerk of Court is directed to substitute Jeffrey Uttecht as the Respondent in this action. The Clerk of Court is also directed to update the case title.

    Dated this 16th day of July, 2019.

                                              David W. Christel
                                              United States Magistrate Judge