| | |
|---|---|
| | HONORABLE RONALD B. LEIGHTON |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LEROY R HULS, | CASE NO. C19-5420RBL |
| Petitioner, | ORDER |
| v. | |
| STATE OF WASHINGTON, | |
| Respondent. | |

THIS MATTER is before the Court on Magistrate Judge Christel's Report and Recommendation [Dkt. # 26]. Judge Christel recommends that the Court DENY Petitioner Huls' § 2254 habeas petition [Dkt. # 1] without prejudice for failure to exhaust his state court remedies. Huls has filed a familiar, generic objection to the R&R, which does not address the facts of this case or Magistrate Judge's reasoning. [Dkt. # 33].

(1) The Report and Recommendation is ADOPTED.

(2) Petitioner's habeas Petition is DISMISSED WITHOUT PREJUDICE. Any other pending motions are denied as moot.

(3) The Court will NOT issue a Certificate of Appealability.

ORDER - 1

(4) The Clerk is directed to send copies of this Order to Petitioner, counsel for Respondent, and to the Hon. David W. Christel.

IT IS SO ORDERED.

Dated this 7th day of January, 2020.

Ronald B. Leighton
United States District Judge